FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KX WHEELS; 658736 B.C. LTD; PHILIP SWEENEY; and STUART MCKEOWN,<br><br>Defendants. | NO. 2:26-CV-0231-TOR<br><br>ORDER APPROVING CONSENT DECREE |

BEFORE THE COURT is the United States' Unopposed Motion to Enter Consent Decree (ECF No. 4).  The Consent Decree would resolve the United States' claims against the Defendants, asserted under Section 203 of the Clean Air Act ("CAA"), as amended, 42 U.S.C. § 7522.  ECF No. 1.  Defendants have consented to entry of the proposed Consent Degree.  *See* ECF No. 3-1 at 35-36. The United States, pursuant to 28 C.F.R. § 50.7, published notice of the proposed Consent Decree in the Federal Register, 91 Fed. Reg. 33,195 (June 3, 2026), allowing a 30-day opportunity for public comment.  *See* ECF Nos. 3 at 2, 4 at 1. The comment period expired without comment.  ECF No. 4 at 1.

ORDER APPROVING CONSENT DECREE ~ 1

"Before approving a consent decree, a district court must be satisfied that it is at least fundamentally fair, adequate and reasonable." *United States v. State of Or.*, 913 F.2d 576, 580 (9th Cir. 1990).  Finding the proposed Consent Decree "fundamentally fair, adequate and reasonable" this Court **GRANTS** the United States' Motion (ECF No. 4).  The Consent Decree, filed at ECF No. 3-1, is now approved and an endorsed copy will be filed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The United States' Unopposed Motion to Enter Consent Decree (ECF No. 4) is **GRANTED**, and the Consent Decree endorsed by the Court shall be filed simultaneously hereto .

The District Court Executive is directed to enter this Order, provide copies to counsel and administratively **CLOSE** the file.  The Court retains jurisdiction to enforce the Consent Decree.  *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381–82 (1994).

DATED August 5, 2026.



THOMAS O. RICE
United States District Judge

ORDER APPROVING CONSENT DECREE ~ 2